UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DREW DRAGON,** on behalf of
himself and others similarly situated,

        **Plaintiff,**

v.                                            Case No. 2:21-cv-3892
                                                  JUDGE EDMUND A. SARGUS, JR.
**UNIVERSAL WINDOWS DIRECT,**      Magistrate Judge Chelsey M. Vascura
**LLC,**

        **Defendant.**

## ORDER GRANTING STAY PENDING MEDIATION

      This matter arises on the parties' Joint Motion to Stay Case Pending Mediation. (ECF No. 18.) To facilitate settlement discussions, the parties ask this Court to stay their upcoming discovery and dispositive motion deadlines ahead of their June 17, 2022, mediation. For good cause shown, the parties' request is **GRANTED**. (*Id.*) Should their mediation prove unfruitful, the parties shall immediately notify this Court whether they intend to resume litigation or pursue further settlement discussions.

      This case is **STAYED** for thirty days.

      **IT IS SO ORDERED.**

**5/18/2022**                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**