**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DREW DRAGON,** on behalf of
himself and others similarly situated,

        **Plaintiff,**

  v.                                     Case No. 2:21-cv-3892
                                                JUDGE EDMUND A. SARGUS, JR.
**UNIVERSAL WINDOWS DIRECT,**     Magistrate Judge Chelsey M. Vascura
**LLC,**

        **Defendant.**

**SECOND ORDER GRANTING STAY PENDING MEDIATION**

This matter arises on the parties' Joint Motion to Continue Stay of Case Pending Mediation. (ECF No. 20.) The parties report that their mediation currently scheduled for June 17, 2022, needs to be postponed due to an illness. They ask this Court to grant additional time to find a "mutually-agreeable date to reschedule the mediation as soon as possible." (*Id.*)

For good cause shown, the parties' motion is **GRANTED**, with the condition that the parties notify the Court as soon as new mediation date is ascertained. The stay in this case is **CONTINUED** pending the completion of the parties' anticipated mediation. Once the mediation has occurred, the parties are to immediately notify the Court whether the case has been resolved, and, if not, whether they believe further settlement negotiations will be productive.

This case is to remain stayed.

    **IT IS SO ORDERED.**

**6/20/2022**                                              s/Edmund A. Sargus, Jr.
**DATE**                                                  EDMUND A. SARGUS, JR.
                                                         UNITED STATES DISTRICT JUDGE