**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Date: _____
Results: _____

_____
**Plaintiff(s),**

vs.

_____
**Defendant(s).**

Case No. _____

**Judge:** _____
**Magistrate Judge:** _____

Mediator: _____

## MEDIATOR'S REPORT

Following the conference, please file this report.

I. **RESULTS OF CONFERENCE**

   1. \_\_\_\_\_ The case is settled. Dismissal entry to be filed by _____ (Date).

   2. \_\_\_\_\_ Negotiations have not reached impasse, but the case requires:

      a. \_\_\_\_\_ additional negotiations between counsel. Counsel will file status report by _____ (Date).

      b. \_\_\_\_\_ additional conference with

         \_\_\_\_\_ Mediator, to be held on _____ (Date).

         \_\_\_\_\_ Magistrate Judge

         \_\_\_\_\_ District Judge

   3. \_\_\_\_\_ Negotiations are at impasse. The case
      \_\_\_\_\_ requires additional discovery
      \_\_\_\_\_ requires resolution of a dispositive motion
      \_\_\_\_\_ is ready for trial
      \_\_\_\_\_ (other)

II. **COMPLIANCE WITH COURT ORDER**

   1. Were all persons with settlement authority present?
      \_\_\_\_\_ Yes     \_\_\_\_\_ No (Please explain)

   2. Were all trial counsel present?
      \_\_\_\_\_ Yes     \_\_\_\_\_ No (Please explain)

   3. Were offers/demand exchanged prior to the conference?
      \_\_\_\_\_ Yes     \_\_\_\_\_ No (Please explain)

III. **COMMENTS:** (Use back for comments) Do not disclose substance of discussions or other confidential information.